UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES RIDDLE,

    Plaintiff,

v.     CASE NO.: 8:12-cv-512-T-23MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
    _____/

## **ORDER**

On January 25, 2013, Magistrate Judge Mark A. Pizzo issued a report (Doc. 16) finding that the ALJ's decision in this social security appeal comports with the applicable legal standards and enjoys substantial evidentiary support.

The time Local Rule 6.02 permits for an objection expired, and Riddle submits nothing. Magistrate Judge Pizzo's report and recommendation is thorough and proper. Consequently, the report and recommendation (Doc. 16) is **ADOPTED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The clerk is directed to enter judgment in favor of the Commissioner of Social Security, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on February 20, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE